# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2015

## NO. 03-15-00181-CR

**James Otis Clary, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.